IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALD RODEWALD,

     Plaintiff,

                                       Case No.  20-cv-843-jdp

   v.

WISCONSIN CENTRAL LTD.,

     Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Wisconsin Central Ltd. against plaintiff Gerald Rodewald dismissing this case.

Approved as to form this  1st  day of April, 2022.


James D. Peterson
District Judge


s/Peter Oppeneer

Peter Oppeneer, Clerk of Court

4/1/2022

Date